# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ☐ Amended _____ )

| | | |
|---|---|---|
| Case No. CR 15-688 (A) DSF | | Date 5/14/18 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

| Debra Plato | Pat Cuneo | Christopher Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 24) Miguel Maciel | ☒ | ☐ | Michael Crain | ☐ | | ☒ | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ☒ Non-Evidentiary

____ Day ____ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
____ Imprisonment for __Years/months__ on each of counts _____
____ Count(s) _____ concurrent/consecutive to count(s) _____
____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
____ Perform _____ hours of community service.
____ Serve _____ in a CCC/CTC.
____ Pay $_____ fine amounts & times determined by P/O.
____ Make $_____ restitution in amounts & times determined by P/O.
____ Participate in a program for treatment of narcotic/alcohol addiction.
____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $_____ per count, special assessment to the United States for a total of $_____
____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
____ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.
____ Bond exonerated _____ upon surrender _____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release # _____
____ Present bond to continue as bond on appeal.   ____ Appeal bond set at $_____
____ Filed and distributed judgment. ENTERED.
____ Other _____

_____ : 15
Initials of Deputy Clerk  dp

cc: